-FILED-
JUN 14 2024
Chanda J. Dana,
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**LINDA C. CHASE**,
[You are the PLAINTIFF, print your full name on this line.]

v.

**Arbor Properties, INC** (DEVELOPMENT),
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **2:24CV206**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Arbor Properties DEVELOPMENT INC | 4910 N. Monroe St. Tallahassee, FL 32303 |
| 2 | Gordon Thames, Owner | 4910 N. Monroe St. Tallahassee, FL 32303 |
| 3 | Jill Hewitt, Property Mgr | 4910 N. Monroe St. Tallahassee, FL 32303 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3**
2. What is your address? **16 Locust St. Hammond, IN 46324**

3. What is your telephone number: **(219) 201-6722**

4. Have you ever sued anyone for these exact same claims?
   ○ No.
   ● Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

#4 Filed with FCHR (Case #202443552). I INITIALLY FILED WITH HUD (Inquiry #7328281/ File # 04-23-5235-8 AROUND June 14, 2023. HUD REFERED MY COMPLAINT TO FCHR AROUND July or August 2023. FCHR DENIED IT IN OCTOBER 2023 & I APPEALS TO DOAH (Division of Administrative Hearing(s)) AROUND 11-01-2023. DOAH CASE # IS 23-004297. JUDGE W. DAVID WATKINS REMOVED HIMSELF FOR THE CASE WHEN ~~MOTIONED~~ I SUBMITTED A MOTION TO HAVE THE COMPLAINT SENT TO HUD BECAUSE FCHR DENIED MY COMPLAINT BASE ON STATE STATUTE 760.23 ALLEGING THAT I FAILED TO PROVIDE PROOF OF DISABILITY. NOT ONLY DID I PROVIDE PROOF OF DISABILITY, I ALSO SIGNED +EMAILED THE MEDICAL AUTHORIZATION TO FCHR INVESTIGATOR LISA SUTHERLAND VIA EMAIL DATED 08/08/2023. MY COMPLAINT IS THAT A FEDERAL LAW (TITLE VIII of THE CIVIL RIGHTS ACT of 1968), AND MY CASE SHOULD BE HEARD BY A FEDERAL JUDGE.
* FEDERAL LAWS SUPERCEDE STATE STATUTES.
PLEASE SEE THE ATTACHED MOTION.

Linda Chase