# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

LINDA CHASE,

      *Plaintiff,*

v.                                      **Case No.: 5:24cv158-MW/MJF**

ARBOR PROPERTIES
DEVELOPMET, INC., et al.,

      *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 45, and has also reviewed *de novo* Plaintiff's objections, ECF No. 46.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 45, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendants' motion to dismiss, ECF No. 42, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

Finally, to the extent Plaintiff's objections are construed as an interlocutory appeal of a non-final Magistrate Judge Order, *see* ECF No. 46 at 1 ("Notice of

Appeal and Objection to District Court"), the appeal is moot insofar as this Court has considered Plaintiff's objections to the report and recommendation.[1]

      **SO ORDERED on January 23, 2026.**

**s/Mark E. Walker**
**United States District Judge**

---

[1] This Court is *not* construing Plaintiff's filing as a notice of appeal of this Order, because the notice was filed prior to the entry of this Order. Accordingly, to the extent Plaintiff wishes to appeal this Order, she must file a separate notice of appeal.